## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

STONEY GLENN ,

Inmate ID Number: A5 1181 ,

_____,

*(Write the full name and inmate ID
number of the Plaintiff.)*

**Case No.:** 3:22 cv 7745-MCR-ZCB
*(To be filled in by the Clerk's Office)*

v.

SGT TONA ,

Captain Carter ,

_____,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

_____/

**Jury Trial Requested?**
☑ **YES** ☐ **NO**

FILED USDC FLND PN
JUN 8 '22 PM 1:35 GM

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

1

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: _STOney Glenn_          ID Number: _A5118l_

List all other names by which you have been known: _Tony, "Hugo"_

Current Institution: _Santo Rosa correctional institution_

Address: _5850 East Milton road, Milton, Florida, 32583_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: _Sergeant TOna_

   Official Position: _Sergeant_

   Employed at: _Santo raso_

   Mailing Address: _5850 East milton road._

   _Milton, Florida, 32583_

   ☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

2. Defendant's Name: _Captain Carter_

Official Position: _Captain_

Employed at: _Santo Rasa correctional institution_

Mailing Address: _5850 Eastmiltonroad, Milton,_

_Florida, 32583_

☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against *(check all that apply)*:

□ Federal Officials *(Bivens case)*      ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

□ Pretrial Detainee                □ Civilly Committed Detainee

☑ Convicted State Prisoner      □ Convicted Federal Prisoner

□ Immigration Detainee          □ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are
entitled to relief. Describe how *each* Defendant was involved and what each
person did, or did not do, in support of your claim. Identify when and where
the events took place, and state how each Defendant caused you harm or
violated federal law. Write each statement in short numbered paragraphs,
limited as far as practicable to a single event or incident. ***Do not make legal
argument, quote cases, cite to statutes, or reference a memorandum.*** You
may make copies of the following page if necessary to supply all the facts.
Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

① On 1/23/22, SGT Saxton cuffed me with my hands in front because of my disability. Captain Carter took the cuff off my left hand and told me to place it behind my back. I adviced the captain that i am impaired because of a stroke and he then forced my hand and arm behind my back. This caused lots of pain then swelling in my Left arm and leg. Also a Se zure that night.

② While in K dorm on around or about 2/25/22, sergeant Tona would not give me assistance to get water off floor in my A.D.A Cell or fix sink by calling mat inance and I fell hurt my leg and hipp. This also caused me to have a sei zure. The sink was fixed after a greivance was approved by A. Flores and AWP. U. Santiago I received the response to my greivance in the mail stating that the fixed sink is no longer broken. I had already suffered pain and suffering, It also cost 5 copay every time I see sick call concerning my injury's.

**Statement of Facts Continued** *(Page ___ of ____)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

First sergeant Tona, discriminated based on my disability, 8th and 14th against equel protection, crule and unusaul. Also by my A.D.A room being not safe is agaist prison Rule Pursuant to Chapter 33, Care, Custody and control. Also he riolated codes of A.D.A Rules to protect disabled Americans, 2nd captin Carter Violated the same

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

In money damages I am requesting $1 million dollar from each indivisual defendant, Based on mental and Physical pain and suffering and interfering with my recovery and treatment pursuant to impairment and altered mental statuse.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☑YES   ☐ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: 2019(Date unknown)  Case #: 3:19CV-890

   Court: United states district court, northern district

2. Date: 2020 (Date unknown) Case #: 3:20-CV-5603

   Court: United states district court, Northern district of Florida

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES   ☐ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: 3:19-CV-890   Parties: Glenn v. Centurion

Court: _U.S.C.N.D.Fla_____ Judge: _Do Not Recall_____

Date Filed: _Do not Recall_ Dismissal Date *(if not pending)*: _____

Reason: _Do Not Recall_____

2.  Case #: _3:20-CV-5603_ Parties: _Glenn VS Smith_____

Court: _____ Judge: _Do not Recall_____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _Do Not Recall_____

C.  Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☑ YES   ☐ NO

If you answered yes, identify all lawsuits:

1.  Case #: _2009-CV-712_ Parties: _Glenn V Lexington county Jail_

Court: _D.S.C_____ Judge: _Do not Recall_____

Date Filed: _Do not Recall_ Dismissal Date *(if not pending)*: _Do not Recall_

Reason: _Do not Recall_____

2.  Case #: _Do Not Recall_ Parties: _Glenn V. Shippy_____

Court: _U.S.D.C.N.D.Fla_ Judge: _Do not Recall_____

Date Filed: _Do Not Recall_ Dismissal Date *(if not pending)*: _____

Reason: _Do not Recall_____

3.  Case #: _4:20-CV-256_ Parties: _Glenn V. Willis_____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to***

*disclose all prior cases may result in the dismissal of this case.)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/25/22 Plaintiff's Signature: _Stoney Glenn_

Printed Name of Plaintiff: _Stoney Glenn_

Correctional Institution: _Sana ROSa correctional institution_

Address: _5850 East milton Raod, Milton, Florida, 32583_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) □ delivered to prison officials for mailing or ☑ deposited in**

the prison's mail system for mailing on the ⟨25⟩ day of ⟨May⟩ ,
20 ⟨22⟩.


Signature of Incarcerated Plaintiff: _____

Stoney Glenn MA511181
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida, 33583

Legal
Mail

MAILED FROM A STATE
CORRECTIONAL INSTITUTION
6 JUN 2022 PM 1 L

PENSACOLA FL 325

US POSTAGE ~PITNEY BOWES

ZIP 32583
02  4W
0000368416 JUN 06  2022

$ 000.93°

UNITED STATES DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA, 32502

32502-566599

Legal
Mail